J. Higgins, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. JEWELLERS' CIRCULAR PUB. CO., Relator, v. ROBERTS, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by the people of the state of New York, on the relation of the Jewellers' Circular Publishing Company, against James A. Roberts, as comptroller of the state of New York. No opinion. Determination of the comptroller confirmed, with $50 costs and disbursements. See 42 N. Y. Supp. 1089.

PEOPLE ex rel. JUDD et al., Relators, v. ROBERTS, Respondent. (Supreme Court, Appellate Division, Third Department. July 6, 1897.) Action by the people of the state of New York, on the relation of H. L. Judd & Co., against James A. Roberts, as comptroller of the state of New York. No opinion. Determination of comptroller confirmed, with $50 costs and disbursements.

PEOPLE ex rel. KEIBER v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Philip Keiber, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. McPEAK, Appellant, v. MARKELL, Respondent. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York, on relation of one McPeak, against John S. Markell. No opinion. Order affirmed.

PEOPLE ex rel. MAHONEY v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of P. J. Mahoney, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. MALLOY, Appellant, v. ROOSEVELT et al., Respondents. (Supreme Court, Appellate Division, First Department. June 18, 1897.) Action by the people of the state of New York, on the relation of David Malloy, against Theodore Roosevelt and others. G. H. Bruce, for appellant. T. Farley, for respondents. No opinion. Proceedings affirmed, with costs.

PEOPLE ex rel. MARTIN v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Louis Martin, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. MITCHELL v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of John Mitchell, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. MULLER v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Michael Muller, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. PEISER v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Albert Peiser, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. PUNDT v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Henry Pundt, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. SCHLACK v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of Jacob Schlack, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PEOPLE ex rel. SEARS, Respondent, v. TOBEY, Appellant. (Supreme Court, Appellate Division, Fourth Department. June 12, 1897.) Action by the people of the state of New York, on the relation of Sears, against William R. Tobey. No opinion. Order allowed, settled, and filed with the clerk. See 44 N. Y. Supp. 1127.

PEOPLE ex rel. STANBACH v. FITCH. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by the people of the state of New York, on the relation of B. Stanbach, against Ashbel P. Fitch, as comptroller. No opinion. Motion denied, with $10 costs.

PFEFFER v. KLING et al. (Supreme Court, Appellate Division, First Department. August 4, 1897.) Action by Norberth Pfeffer against Philip Kling and others. No opinion. Motion denied. See 46 N. Y. Supp. 501.

In re PHILLIPS. (Supreme Court, Appellate Division, Second Department. July 15, 1897.) In the matter of the application of Ellery O. Phillips for his admission to practice as an attorney at law in the state of New York. No opinion. Application granted, and applicant may take the oath at the opening of the court on any day.

In re PHILLIPS. (Supreme Court, Appellate Division, Second Department. July 13, 1897.) In the matter of one Phillips. No